# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :   NO. 239
                                                :
REACCREDITATION OF THE NATIONAL   :   DISCIPLINARY RULES DOCKET
BOARD OF TRIAL ADVOCACY AS A        :
CERTIFYING ORGANIZATION FOR          :
CIVIL TRIAL ADVOCACY AND               :
CRIMINAL TRIAL ADVOCACY               :

## ORDER

**PER CURIAM**

   **AND NOW**, this 26th day of September, 2023, upon consideration of the recommendation of the Pennsylvania Bar Association Review and Certifying Board, the National Board of Trial Advocacy is hereby reaccredited as a certifying organization for civil trial advocacy and criminal trial advocacy for a period of five years, commencing June 1, 2024.